

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

ROBIN MELYCE ELLIOTT-WILLIAMS         Case No.: **17-15109**
                                      Chapter 13

*Debtor.*

### ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor is authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further,

ORDERED, that this order does not alter or affect the status or priority of any other existing lien on the real property that is the subject of the loan modification; and it is further,

ORDERED, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

cc:

Robin Elliott-Williams, 10321 Whittier Court, White Plains, MD  20695

Kimberly D. Marshall, Esquire, 603 Post Office Road, Suite 209, Waldorf, MD 20602.
Nancy L. Spencer Grigsby, Chapter 13 Trustee, 185 Admiral Cochrane Drive, Suite 240, Annapolis, MD  21401.

END OF ORDER