Entered: May 1st, 2018
Signed: April 30th, 2018

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore District

| | |
|---|---|
| IN RE:<br><br>Robin Melyce Elliott -Williams<br>aka Robin M. Elliott-Williams<br>      Debtor(s) | Bankruptcy No. 17-15109<br>Chapter 13 |
| MTGLQ Investors, LP, successor in interest to U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust<br>      Movant<br><br>VS.<br><br>Robin Melyce Elliott -Williams<br>aka Robin M. Elliott-Williams<br><br>And<br>Rodney A. Williams<br>      Co-Debtor<br>      Respondent(s) | |

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 415
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 19715

### CONSENT ORDER MODIFYING AUTOMATIC STAY

    1. That the debtor herein filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the U.S. code on or about April 12, 2017, thus initiating case number 17-15109.

    2. U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust filed its Motion for Relief from the Automatic Stay on or about January 29, 2018 but its successor in interest,

MTGLQ Investors, LP, is now listed as the current movant.

3. That the total post-petition arrearages due the movant through and including the April 1st, 2018 installment and attorney's fees and costs, excluding the delinquent real estate taxes and water and sewer charges, if any, are SIX THOUSAND NINE HUNDRED FIFTEEN DOLLARS AND TWENTY SIX CENTS ($6,915.26). The total post petition arrearage is composed of the following: 3 months (February 2018 through April 2018) at $1,961.42 and attorney's fees of $850.00 and filing fees and associated costs of $181.00.

4. That beginning on May 1st, 2018 and continuing each month thereafter on the FIRST (1st) day of each month pursuant to the Deed of Trust entered into between the parties, the debtor agrees to pay Rushmore Loan Management Services, LLC, servicer for MTGLQ Investors, LP the Movant, successor in interest to U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust at Post Office Box 52708 Irvine, CA 92619, its correct regular monthly mortgage payment until the Deed of Trust is satisfied. In the event that the debtors are notified of a change in lender or servicer, the debtor shall make their payments in accordance with such notice given by the lender.

5. That the debtor further agrees that on May 15th, 2018 they shall pay to Rushmore Loan Management Services, LLC the sum of ONE THOUSAND ONE HUNDRED FIFTY TWO DOLLARS AND FIFTY FOUR CENTS ($1,152.54), and shall pay such sum (hereinafter sometimes referred to as "Stipulation Payments") each and every month on the 15th day of the month for a total period of SIX (6) MONTHS, except the (6) and final payment shall be in the amount of ONE THOUSAND ONE HUNDRED FIFTY TWO DOLLARS AND FIFTY SIX CENTS ($1,152.56), as payment in full of the remaining post-petition arrearages.

6. That the debtor shall pay all delinquent real estate taxes and water and sewer charges on the subject property, if any, by September 1, 2018, and thereafter shall pay all real estate and water and sewer charges, if any, on a timely basis, and shall promptly supply evidence of such payment to the Movant. In the event, however, that such delinquent real estate taxes and water and sewer charges, if any, are included in the debtor's Chapter 13 plan and same has been confirmed, then and in that event, so long as the payments to the plan remain current and proper payments from the Plan are made towards such taxes and water and sewer charges, and so long as current taxes and water and sewer charges are paid timely, the provisions of this paragraph shall be deemed to have been fulfilled.

7. If the debtor defaults upon the terms enunciated in this Consent Order, ten (10) days following certification and service by first class mail of an Affidavit of Default upon the debtors, debtor's attorney and this Court that the debtors have not fulfilled the terms of this Consent Order, the automatic stay imposed by 11 U.S.C. Section 362 (a) shall be deemed terminated immediately without further order of this court so as to permit the movants to proceed under applicable non-bankruptcy law with a foreclosure sale and recordation of the Trustee's Deed concerning the property known as 10321 Whittier Court, White Plains, MD 20695 and further known as tax account #06-296947 in Charles County, Maryland and/or proceed to enter into a Deed in Lieu of foreclosure and obtain possession of the property. The automatic stay shall also be lifted so as to allow the successful purchaser to take whatever legal action is necessary to obtain possession of the above-mentioned property pursuant to Maryland law.

8. That the parties agree that if the debtors convert this case to a Chapter 7, the automatic stay provided for by Section 362 (a) of the United States Bankruptcy code is lifted as to the debtor's interest.

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 415
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 19715

9. If the debtors within ten (10) days following service by first class mail of an Affidavit of Default, delivers the payments required to bring the debtors current pursuant to this Consent Order plus attorneys fees then due for preparation and filing of the Affidavit of Default, then the automatic stay shall be deemed continued unless the debtors default pursuant to the terms of this Consent Order at a future date. MTGLQ Investors, LP, successor in interest to U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust is a secured creditor secured by a Deed of Trust recorded in the land records of Charles County, Maryland in Liber 05648, Folio 0561. This Consent Order applies to any successor-in-interest to MTGLQ Investors, LP.

10. It is further agreed that if the debtor defaults pursuant to the terms of this Consent Order on more than TWO (2) occasions, he/she/they shall not be entitled to bring the account current pursuant to paragraph number NINE (9) of this Consent Order.

11. If the subject of this Consent Order is a Deed of Trust which is junior to a senior deed of trust or mortgage, in the event that the Stay is lifted as to such senior lien, then and in that event, the Stay shall automatically be lifted as to the subject Deed of Trust covering this Consent Order, immediately upon the lifting of the Stay of the senior lien, with no further notice or Order of Court required.

12. It is further agreed that the fourteen (14) day stay of the relief from stay pursuant to Rule 4001 (a) (3) is hereby waived.

13. In the event of foreclosure, the Movant shall comply with Local Bankruptcy Rule 4001-3.

By: /s/ Scott E. Nadel  
Scott E. Nadel, Esquire  
Scott E. Nadel  16027  
4041 Powder Mill Road, Suite 415  
Calverton, MD 20705  
Attorney for Movant

By: /s/ Kimberly D. Marshall  
Kimberly D. Marshall, Esquire  
603 Post Office Road  
Suite 209  
Waldorf, MD 20602  
Attorney for Debtor  
and Co-Debtor

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Scott E. Nadel

Copies to:

Rodney A. Williams  
10321 Whittier Court  
White Plains, MD 20695

Robin Melyce Elliott -Williams  
10321 Whittier Court  
White Plains, MD 20695

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 415
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 19715

|  |  |
|---|---|
| Kimberly D. Marshall, Esquire<br>603 Post Office Road<br>Suite 209<br>Waldorf, MD 20602 | Nancy L. Spencer Grigsby, Trustee<br>185 Admiral Cochrane Dr.  Suite 240<br>Annapolis, MD 21401<br><br>Scott E. Nadel, Esq.<br>4041 Powder Mill Road, Suite 415<br>Calverton, MD 20705 |

END OF ORDER

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 415
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 19715